IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LYNDA BAIN EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action NO. 2:04cv561-A |
| | ) | WO |
| BAPTIST HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this day granting the Defendant's Motion for Summary Judgment,

Judgment is hereby entered in favor of Defendant Baptist Health, and against the Plaintiff, Lynda Bain Edwards.  Costs are taxed against the Plaintiff Lynda Bain Edwards.

Done this 3rd day of June, 2005.

/s/ W. Harold Albritton
W.  HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE